TREG TAYLOR
ATTORNEY GENERAL

Andalyn Pace (Alaska Bar No. 1305025)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5190
Facsimile: (907) 276-3697
Email: andalyn.pace@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEON THOLSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF ALASKA, DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) Case No.: 3:24-cv-00035-SLG |

**STATE OF ALASKA, DEPARTMENT OF CORRECTIONS'
OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Leon Tholson seeks a preliminary injunction in his claim under the Religious Land Use and Institutionalized Persons Act (RLUIPA) against defendant State of Alaska, Department of Corrections. He contends that the Court should order that DOC permit him to use a fountain pen, felt tip pen, or gel pen to further his practice of Rosicrucian. DOC opposes.

Mr. Tholson will not prevail against DOC. His lawsuit is barred by the Eleventh Amendment.[1] Under that Amendment "an unconsenting State is immune from suits brought in federal courts."[2] Just as the court ultimately may not entertain this lawsuit, it may not enter a preliminary injunction against DOC, a state agency.

DATED: November 13, 2024.

TREG TAYLOR
ATTORNEY GENERAL

By: s/Andalyn Pace/
Andalyn Pace
Assistant Attorney General
Alaska Bar No. 1305025
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Facsimile: (907) 276-3697
Email: andalyn.pace@alaska.gov
Attorney for Defendants

Certificate of Service
I certify that on November 13, 2024, the foregoing **State of Alaska, Department of Corrections Opposition to Motion for Preliminary Injunction** was served via USPS mail on:

Leon Tholson #495294
Anchorage Correctional Complex East
1400 East Fourth Avenue
Anchorage, AK 99501

/s/Andalyn Pace
Andalyn Pace, Assistant Attorney General

---

[1] *See Holley v. California Dep't Of Corr.*, 599 F.3d 1108, 1114 (9th Cir. 2010).
[2] *Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 100 (1984).

*Tholson v. SOA, DOC*                                                    Case No.: 3:24-cv-00035-SLG
State of Alaska, Department of Corrections Opposition           2 of 2
to Motion for Preliminary Injunction     Page