Name: Leon Tholson
Prison Number: 495294
Place of Confinement: ACCE
Address: 1400 E. 4th Ave, Anchorage, AK 99501
Telephone: _____


RECEIVED
NOV 22 2024
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Leon Tholson,
　　Plaintiff,
vs.
State of Alaska, Department of Corrections,
　　Defendant(s).

Case No. 3:24-cv-00035-SLG

Reply to, Opposition to Motion for Preliminary Injunction

After reviewing Defendant's opposition Plaintiff has filed for leave to Amend.

Respectfully Submitted,

Leon Tholson

11/19/24
DATE

Page 1 of 2, Reply to Opposition
Tholson v. SOA (DOC) 3:24-cv-00035-SLG

Name: Leon Tholson
Prison Number: 495294
Place of Confinement: ACCE
Address: 1400 E. 4th Ave, Anchorage, AK 99501
Telephone:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Leon Tholson,
  Plaintiff,

vs.

State of Alaska, Department of Corrections,
  Defendant(s).

Case No. 3:24-cv-00035-SLG

Certificate of Service

I certify that, on 11/19/24 (Date of mailing or handing to Correctional Officer) a copy of this reply ~~motion~~

was served, by first class U.S. mail, on David Buettner (Opposing Party or Counsel)

at 1031 W. 4th Ave #200, Anchorage, AK 99501 (Address).

11/19/24

Page 2 of 2 Reply to Opposition
Tholson v. (SOA)(DOC) 3:24-CV-00035-SLG

Leon M. Tholson #495294
Anchorage Correctional Complex-East
1400 E. 4th Ave
Anchorage, AK
99501

**LEGAL & CONFIDENTIAL**

THIS LETTER WAS
WRITTEN BY
AN INMATE AT AN ALASKA JAIL
PLEASE DO NOT SEND CASH IN
THE MAIL

Clerk of Court
U.S. District Court
District of Alaska
222 W. 7th Ave, #4, Suite #229
Anchorage, AK
99513-7564

**LEGAL & CONFIDENTIAL**

THIS LETTER WAS
WRITTEN BY
AN INMATE AT AN ALASKA JAIL
PLEASE DO NOT SEND CASH IN
THE MAIL



quadient
FIRST-CLASS MAIL
IMI
$003.71
11/20/2024 ZIP 99501
043M31237346
US POSTAGE